## CORPORATE RESOLUTION

The undersigned, being the sole member of the Board of Directors of Stratigos Dynamics, Inc. (the "Company"), does hereby resolve the following:

1. IT IS HEREBY RESOLVED that THE STEFFES FIRM, LLC, Attorneys at Law, be and they are hereby appointed as attorneys at law to represent the Company in its best interests, and that of its creditors, with full power and authority in their absolute discretion to take whatever necessary legal action, steps, and procedures they deem necessary, including the filing of the petition and all necessary pleadings, documents, and financial information or schedules available and data necessary pursuant to placing this company in a proceeding pursuant to Chapter 7 of Title 11, United States Code, and that said attorneys are to be compensated for their services and expenses on the basis of their usual fee and expense schedule.

2. IT IS FURTHER RESOLVED that Jason Wilbur, President of the Company, be and is hereby authorized and directed to execute any and all documents, petitions, and necessary pleadings for and on behalf of the company, to execute and supply the necessary financial information and sign and execute the necessary schedules and all data required pursuant to Chapter 7 of Title 11, United States Code, and to appear before the United States Bankruptcy Court on behalf of the Company.

Dated: January 6, 2025

STRATIGOS DYNAMICS, INC.

By: _____
JASON WILBUR, *President*