**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
Lake Charles Division

IN RE:

STRATIGOS DYNAMICS, INC.                     CASE NO. 25-20006

   *Debtor*                                           CHAPTER 7

### RULE 1007(A)(1) CORPORATE OWNERSHIP STATEMENT

**NOW INTO COURT,** comes Stratigos Dynamics, Inc. (the "Debtor"), the debtor in the Chapter 7 proceeding referenced above, through undersigned counsel for the Debtor, who submits this statement in compliance with Fed. R. Bankr. P. 1007(a)(1), and to report the following entities own 10% or more of the Debtor's equity interests:

- None

                Respectfully submitted;

Date: January 6, 2025        By: /s/ William E. Steffes
                                         William E. Steffes (#12426)
                                         THE STEFFES FIRM, LLC
                                         13702 Coursey Blvd., Building 3
                                         Baton Rouge, Louisiana 70817
                                         Telephone: (225) 751-1751
                                         Facsimile: (225) 341-1241
                                         E-mail: bsteffes@steffeslaw.com

                                         *Counsel for Debtor*